# HUNTER v. DEAN, SHERIFF

No. 77–6248.   Argued October 11, 1978—Decided December 11, 1978

*James C. Bonner, Jr.,* argued the cause for petitioner. With him on the brief was *C. Michael Abbott.*

*G. Stephen Parker* argued the cause for respondent. On the brief were *Arthur K. Bolton,* Attorney General of Georgia, *Robert S. Stubbs II,* Executive Assistant Attorney General, *Don A. Langham,* First Assistant Attorney General, *John C. Walden,* Senior Assistant Attorney General, and *B. Dean Grindle, Jr.,* Assistant Attorney General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.